UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2020
```

WARREN THOMAS,

                Petitioner,

      -against-

MARK ROYCE,

                Respondent.

1:19-cv-06781 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    Petitioner has requested an extension of time to respond to Respondent's Answer to the Petition. *See* ECF No. 22. The request is GRANTED. Petitioner must respond to the Respondent's Answer on or before March 1, 2021.

    The Clerk of Court respectfully is requested to mail a copy of this Order to Petitioner.

**SO ORDERED.**

Date:  **November 30, 2020**
         **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**