UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WARREN THOMAS,

                    Petitioner,

      -against-                                  19 **CIVIL** 6781 (MKV)

                                                             **JUDGMENT**

MARK ROYCE,

                    Respondent.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated June 2, 2023, by order dated March 30, 2023, the Court directed Petitioner to file an amended petition within sixty days. [ECF No. 25]. That order specified that failure to comply would result in dismissal of the petition. Petitioner has not filed an amended petition. Accordingly, the petition is DENIED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

**Dated:**  New York, New York
          June 2, 2023

                                                           **RUBY J. KRAJICK**

                                                           _____
                                                                   Clerk of Court

                                  **BY:**
                                                                   _____
                                                                   **Deputy Clerk**